UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60002-CIV-ALTONAGA/Brown

**PATRICIA LEONARD**,

    Plaintiff,
vs.

**COUNTRYWIDE HOME LOANS, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation ("Report") [ECF No. 28] of Chief Magistrate Judge Stephen T. Brown, filed on April 19, 2011. In the Report, Judge Brown concludes the Plaintiff did not allege sufficient facts to state a claim upon which relief could be granted. (*See* Rep. 3–4). Judge Brown recommends that the Complaint be dismissed without prejudice and that Plaintiff be given leave to amend. (*See id.* at 4). Rather than file objections to the Report, Plaintiff filed a First Amended Complaint [ECF No. 32]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report **[ECF No. 28]** is **ACCEPTED in whole**, and the Motion to Dismiss **[ECF No. 8]** is **GRANTED**.

2. The Plaintiff is granted leave to file her First Amended Complaint *nunc pro tunc*.

3. The case is referred to Magistrate Judge Andrea M. Simonton for a report and recommendation on any dispositive issues.

Case No. 11-60002-CIV-Altonaga

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of May, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
　　Patricia Leonard, *pro se*